GARSON BLOOM, Plaintiff in Error, *v.* JAMES L. CRANE *et al.,* Defendants in Error.

ERROR TO SUPERIOR COURT OF CHICAGO.

The court will not disturb a verdict where there is a conflict of evidence, although it would have been better satisfied with a different verdict.

THIS was an action of trespass for taking and carrying certain chattels.

There was a trial before the Superior Court, and a jury. The jury found a verdict for the defendants in the court below.

L. H. HYATT, for Plaintiff in Error.

S. CAMERON, for Defendants in Error.

CATON, C. J. After a careful consideration of the evidence in this record, we are inclined to the opinion that we should have been better satisfied with a verdict for the plaintiff; but it is not so destitute of evidence to support it, as to warrant us in reversing the judgment of the court below, which refused to set aside the verdict. Here is a fair conflict of evidence in a case peculiarly appropriate for the determination of a jury. Upon a trial without exception, the jury found their verdict which met the sanction of the court before which the cause was tried, and we do not feel at liberty to disturb that verdict.

The judgment must be affirmed.

*Judgment affirmed.*